ERIC GRANT
United States Attorney
ELISA M. RODRIGUEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE LOPEZ LOPEZ,
A205-128-004,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION CENTER,

Respondent.

No. 1:26-CV-05311-DJC-SCR

ORDER FOR FIRST EXTENSION OF TIME

For good cause being shown, the Court hereby grants Respondent's motion for a two-day extension of time, through and including Tuesday, July 21, 2026, to respond to the Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

Dated: July 17, 2026

/s/ Daniel J. Calabretta
HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE